[No. 66677-1-I.  Division One.  August 20, 2012.]

FRANCESCA GIUSTI, *Appellant*, v. CSK AUTO, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-12226-1, Suzanne M. Barnett, J., entered January 10, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Lau, JJ.

[No. 66957-5-I.  Division One.  August 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BARUTI HOPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08880-2, Michael Hayden, J., entered April 1, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Lau, J.

[No. 67563-0-I.  Division One.  August 20, 2012.]

*In the Matter of the Dependency of* S.R.J.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. NEENA S. HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-7-04207-3, Patricia H. Clark, J., entered July 21, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[No. 41570-4-II.  Division Two.  August 21, 2012.]

DAVID PATRICK WHITE, *Appellant*, v. LARRY PLETCHER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-14416-5, Elizabeth P. Martin, J., entered November 12, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Armstrong, J.